AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOSEPH BERNARD DAVIS,<br>    Plaintiff,<br><br> v.<br><br><br>HOUSING AUTHORITY OF THE CITY OF<br>RALEIGH, NORTH CAROLINA, STEVE BEAM,<br>TAYLORIA LEWIS, JACQUELINE CHAVIS and<br>MELISSA L. BRIGMAN,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-522-F** |

**Decision by Court.**

  IT IS ORDERED AND ADJUDGED that the court hereby ADOPTS the Magistrate Judge's M&R, and Defendants' motion to dismiss is ALLOWED.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 3, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Joseph Bernard Davis (via US mail) P.O. Box 2363, Raleigh, NC 27602
Charles T. Francis (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| March 3, 2011 | DENNIS IAVARONE, |
| Date | Clerk |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |